```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


WELBON A. DELON,                  )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )         1:05CV00259
                                  )
THE NEWS AND OBSERVER             )
PUBLISHING COMPANY OF RALEIGH,    )
NORTH CAROLINA, A McClatchy       )
Newspaper,                        )
                                  )
     Defendant.                   )
```

ORDER

OSTEEN, District Judge

    In this Standing Order 30 proceeding, the Magistrate Judge has recommended that Defendant's motion to dismiss be granted and that Plaintiff's claim under Title VII be dismissed with prejudice. Plaintiff filed a timely objection to the recommendation. Defendant filed a response to Plaintiff's objection and Plaintiff filed a response in opposition to Defendant's response.

    This court has conducted a review of the file and has determined that the recommendation of the Magistrate Judge is appropriate and should be adopted.

    For the reasons set forth in the Magistrate Judge's recommendation of May 15, 2006,

IT IS ORDERED that Defendant's motion to dismiss (Doc. No. 4) is GRANTED and that Plaintiff's claim under Title VII is dismissed with prejudice.

This the 28th day of July 2006.

                                                      United States District Judge